**UNPUITED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 99-1205

---

AYODEJI O. DEMUREN; MOUSTAFA R. MOUSTAFA; DUC
THAI NGUYEN; RAMAMURTHY PRABHAKARAN,

Plaintiffs - Appellants,

versus

OLD DOMINION UNIVERSITY; ERNEST J. CROSS, JR.,
in his individual capacity; WILLIAM STANLEY,
in his individual capacity; JO ANN GORA, in
her individual capacity; WILLIAM A. DREWRY, in
his individual capacity; ROBERT L. ASH, in his
individual capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-98-479-2)

---

Submitted: June 22, 1999          Decided: August 25, 1999

---

Before MURNAGHAN, WILKINS, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ayodeji O. Demuren, Moustafa R. Moustafa, Duc Thai Nguyen, Ramamurthy Prabhakaran, Appellants Pro Se. Guy Winston Horsley, Jr., Assistant Attorney General, Margaret Alice Browne, William Eugene Thro, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Patrick B. Kelly, OLD DOMINION UNIVERSITY, Norfolk, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order granting Defendants summary judgment in their employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Demuren v. Old Dominion Univ., No. CA-98-479-2 (E.D. Va., Jan. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED